

# Fourth Court of Appeals
## San Antonio, Texas

February 3, 2021

No. 04-19-00763-CV

**IN THE INTEREST OF B.P.S., H.R.S. and D.G.S.,** Children

From the 38th Judicial District Court, Medina County, Texas
Trial Court No. 19-04-25687-CV
Honorable Kelley Kimble, Judge Presiding

## ORDER

In accordance with this court's opinion of this date, this appeal is DISMISSED for want of jurisdiction. Costs of appeal are taxed against appellant.

It is so **ORDERED** on February 3, 2021..

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of February, 2021.

_____
Michael A. Cruz, Clerk of Court